# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK EDDIE RODRIGUEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>M. CATE, et al.,<br><br>        Defendants. | Case No.: 1:21-cv-00898-ADA-SKO (PC)<br><br>**ORDER REFERRING CASE TO POST-SCREENING ADR AND STAYING CASE FOR 90 DAYS**<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

    Plaintiff Erick Eddie Rodriguez is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter proceeds on Plaintiff's conditions of confinement claims against Defendants M. Cate and M. D. Biter in violation of the Eighth Amendment. On June 20, 2023, Defendants filed an answer to Plaintiff's first amended complaint. (Doc. 43.)

    The Court refers all civil rights cases filed by *pro se* inmates to Alternative Dispute Resolution ("ADR") to attempt to resolve such cases more expeditiously and less expensively. No claims, defenses, or objections are waived by the parties' participation.

    The Court stays this action for ninety days to allow the parties to investigate Plaintiff's claims, meet and confer, and participate in an early settlement conference. The Court presumes that all post-screening civil rights cases assigned to the undersigned will proceed to a settlement conference. However, if, after investigating Plaintiff's claims and meeting and conferring, either

party finds that a settlement conference would be a waste of resources, the party may opt out of the early settlement conference.

Accordingly, it is hereby **ORDERED**:

1. This action is STAYED for **ninety (90) days** to allow the parties an opportunity to settle their dispute before the discovery process begins. No pleadings or motions may be filed in this case during the stay. The parties shall not engage in formal discovery, but they may engage in informal discovery to prepare for the settlement conference.

2. **Within forty-five (45) days** from the date of this order, the parties SHALL file the attached notice, indicating their agreement to proceed to an early settlement conference or their belief that settlement is not achievable at this time.

3. **Within sixty (60) days** from the date of this order, if all parties elect to proceed to an early settlement conference, defense counsel SHALL contact the undersigned's Courtroom Deputy at wkusamura@caed.uscourts.gov to schedule the settlement conference.

4. If the parties reach a settlement during the stay of this action, they SHALL file a Notice of Settlement as required by Local Rule 160.

5. The parties are obligated to keep the Court informed of their current addresses during the stay and the pendency of this action. Changes of address must be reported promptly in a Notice of Change of Address. *See* L.R. 182(f).

IT IS SO ORDERED.

Dated:   **June 21, 2023**                               */s/ Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK EDDIE RODRIGUEZ,<br><br>            Plaintiff,<br><br>   v.<br><br>M. CATE, et al.,<br><br>            Defendants. | Case No. 1:21-cv-00898-ADA-SKO (PC)<br><br>NOTICE REGARDING EARLY SETTLEMENT CONFERENCE |

      The party or counsel agrees that an early settlement conference would be productive and wishes to engage in an early settlement conference.

          Yes \_\_\_\_         No \_\_\_\_

Dated:

                                                                                             Plaintiff or Counsel for Defendants

3