UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK EDDIE RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. CATE, et al.,<br><br>　　　　Defendants. | Case No.: 1:21-cv-00898-KES-SKO (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Docs. 53, 60 |

Plaintiff Erick Eddie Rodriguez is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Defendants Cate and Biter filed a motion for summary judgement as to plaintiff's Eighth Amendment conditions of confinement claim on May 17, 2024. (Doc. 53.) Plaintiff did not file an opposition to the motion. *See* docket. On December 2, 2024, the assigned magistrate judge issued findings and recommendations, recommending that defendants' motion for summary judgment be granted. (Doc. 60.) The parties were directed to file any objections to the findings and recommendations within 14 days. (*Id*. at 15–16.) On December 10, 2024, plaintiff filed a motion which requested, among other things, a 10-day extension of time within which to file objections. (Doc. 61.) The magistrate judge afforded plaintiff an additional 14 days to file objections, to and including December 30, 2024. (Doc. 62.) On January 8, 2025, plaintiff filed

objections.[1] (Doc. 63.) Defendants filed a response to those objections on January 22, 2025. (Doc. 64.) In his objections, plaintiff disputes the magistrate judge's findings and recommendations, but he fails to identify any evidence that would undermine the findings or otherwise warrant denying defendants' motion for summary judgment.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, including plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The Findings and Recommendations issued on December 2, 2024 (Doc. 60) are adopted in full;
2. Defendants' motion for summary judgment (Doc. 53) is granted; and
3. The Clerk of the Court is directed to enter judgment in defendants' favor, terminate any deadlines, and close this case.

IT IS SO ORDERED.

Dated:  July 30, 2025

UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's document is not dated, and the objections appear to be untimely. Nevertheless, the Court has considered them.

2